McCONKEY REALTY CORPORATION, Respondent, v. ALFRED WILDERMUTH, Appellant.— Order denying motion to set aside notice of taking deposition affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.